STATE *vs.* STADE.

*Washington*
September,
1814.

The statute laws of any one of the United States, if printed under the authority of such State, may be read in evidence in the Courts of this State.

THIS was an indictment for passing a counterfeit bank bill of the Bank of Troy. On trial, to prove that the Bank of Troy was established by and under the authority of the Legislature of the State of New-York, *Baylies*, State's Attorney, offered to read in evidence to the Jury, an act from a printed volume of the laws of that State, published by the authority of the Legislature, which contained the act, offered to be read, incorporating the Bank of Troy, declared to be a publick act.

*Ware*, for the prisoner, objected to the evidence offered. He contended that although the printed statutes of any State might be admitted in the Courts of such State, yet they could not be so admitted in the Courts of this State; but it is necessary that such act be proved by a certificate under the seal of the State where it was passed.

*By the Court.* The laws of the other States, printed under authority, have been constantly admitted in the Courts of this State, and such has been the practice of some, at least, of the neighbouring States. If such act be proved, agreeably to the provisions of the act of Congress, the Courts are bound to admit it—they may admit it, although not so proved. Let the act be read from the printed book.